IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SETH M. PFISTER,

    Plaintiff,

v.                                Case No. 22C0876

BOLDUAN, et al.,

    Defendants.

## DEFENDANTS' MOTIONS TO REFER CASE TO MAGISTRATE JUDGE AND STAY DEADLINES PENDING MEDIATION

NOW COMES defendant, by her undersigned counsel, to move the Court to refer this case to a Magistrate Judge for the limited purposes of pursuing mediation this case. Both parties have expressed interest in settlement and would like the assistance of a Magistrate Judge in resolving this case.

Both parties have agreed to stay all discovery and case deadlines, including the March 7, 2024 dispositive motions deadline, pending mediation. Thus, defendant further moves the Court to order a stay of all case deadlines and discovery pending mediation.

Dated this 7th day of March, 2024.

                                        Respectfully submitted,

                                        JOSHUA L. KAUL
                                        Attorney General of Wisconsin

                                        s/Ashley Fard
                                        ASHLEY FARD

Assistant Attorney General
State Bar #1121454

SAMIR S. JABER
Assistant Attorney General
State Bar #1076522

Attorneys for Defendant Bolduan

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8120 (Fard)
(608) 267-2229 (Jaber)
(608) 294-2907 (Fax)
farda@doj.state.wi.us
jaberss@doj.state.wi.us