# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SETH M. PFISTER,**

          **Plaintiff,**

    v.                             Case No. 22-CV-876

**APRIL BOLDUAN,**

          **Defendant.**

## COURT MINUTES OF TELEPHONE SCHEDULING CONFERENCE REGARDING MEDIATION PROCEEDINGS

### HONORABLE WILLIAM E. DUFFIN PRESIDING

| | |
|---|---|
| DATE: **March 15, 2024 at 10:30 a.m.** | DEPUTY CLERK: Linda M. Zik |
| TIME COMMENCED: 10:32 a.m. | TIME CONCLUDED: 10:38 a.m. |

Zoom audio

APPEARANCES:

    PLAINTIFF PRO SE:     **Seth M. Pfister** – Redgranite Correctional Inst.

    DEFENDANT:     **Samir S. Jaber / Ashley Fard**

**Settlement Conference set for April 25, 2024 from 9:00 a.m. to 12:00 p.m. via Zoom video conference. The parties should also be available during this time.**

An order will issue setting forth this matter.

---

**COMMENTS:**

This matter was referred to this court by Magistrate Judge Stephen Dries for mediation at the request of both parties.

Seth Pfister states that attorney Kyle Borkenhagen has agreed to represent him for mediation only. Attorney Borkenhagen is to file a notice of appearance if he is representing Pfister for mediation.