UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SETH M. PFISTER,

          Plaintiff,

v.                              Case No.   22-cv-876

APRIL BOLDUAN,

          Defendant.

---

## ORDER REGARDING MEDIATION PROCEEDINGS

---

The above matter has been referred to me for mediation by United States Magistrate Judge Stephen C. Dries. Based on this referral and pursuant to the order,

**IT IS HEREBY ORDERED**:

1. I will conduct a settlement conference on **April 25, 2024 <u>promptly from 9:00 A.M. to 12:00 P.M.</u>** via Zoom video conference. The Zoom conference link will be e-mailed to defense counsel prior to the conference. The Court has made arrangements with Redgranite Correctional Institution for plaintiff's participation. **<u>Failure of any participant to be present at that time may result in the cancellation of the mediation.</u>** The mediation will focus on all issues necessary to fully resolve the case, including reasonable costs and attorneys' fees.

2. To promote a full and open discussion, communications occurring during the mediation cannot be used by any party with regard to any aspect of this litigation. See Civil L.R. 16(d)(3).

Dated at Milwaukee, Wisconsin this 15th day of March, 2024.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge